RECEIVED
December 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Laura Loera_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| PAMELA ENRIQUEZ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY BANKERS LIFE INSURANCE<br>COMPANY. an Oklahoma Corporation<br><br>　　　　　　　　Defendants. | §§§§§§§§§§§§§§ EP-23-CV-00397-KC |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on October 27, 2023; that the summons and complaint were duly served upon the Defendant Liberty Bankers Life Insurance Company on November 1, 2023, and more than 21 days have passed, and no answer or other pleading have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendant Liberty Bankers Life Insurance Company as provided in Rule 55(a), Federal Rules of Civil Procedure.

By _/s/ Michael E. Trujillo_
　　Clerk  Deputy