IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PAMELA ENRIQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-397-KC |
| | § | |
| LIBERTY BANKERS LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

On this day, the Court considered the Defendant's Motion to Compel, to Grant Leave to Take Depositions and File Dispositive Motions Outside Deadlines in Scheduling Order, and for Sanctions ("Motion"), ECF No. 21. Defendant filed its Motion on August 19, 2024.

Defendant asserts that it met with Plaintiff to conduct a planning meeting on February 12, 2024, at which point both parties agreed that discovery would be completed by August 19, 2024. Mot. 1 at 2. On May 31, 2024, it served Plaintiff with its Omnibus Discovery, including Interrogatories, Requests for Production, and Requests for Admission. *Id.* at 3. Defendant agreed to Plaintiff's request for an initial extension to respond to Defendant's discovery requests on June 28, 2024. *Id.* at 4. But Plaintiff failed to meet this extended deadline and did not provide discovery responses on a later date when Plaintiff had indicated they would do so. *Id.* at 3–5. Defendant states that Plaintiff has since been incommunicative, neither providing discovery responses nor responding to any of Defendant's attempts to make contact. *Id.*

Local Rule CV-7(D)(2) states that "[a] response to a discovery or case management motion shall be filed not later than 7 days after the filing of the motion." More than seven days have passed since the Defendant's Motion was filed, and the Court has not received a response from Plaintiff. The Court finds that Defendant's Motion requires a response from Plaintiff.

Accordingly, the Court **ORDERS** Plaintiff to respond to Defendant's Motion **no later than September 17, 2024**.

**SO ORDERED**.

SIGNED this 27th day of August, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE