# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PAMELA ENRIQUEZ, | § § § | |
| Plaintiff | § § | |
| v. | § § | C.A. NO. 3:23-CV-00397 |
| LIBERTY BANKERS LIFE INSURANCE COMPANY, an Oklahoma Corporation, | § § § § | |
| Defendant. | § | |

## SUPPLEMENT TO DECLARATION OF MELISSA JOHNSON FILED ON AUGUST 19, 2024

I, MELISSA JOHNSON, declare:

1. "My name is Melissa Johnson, and I am over the age of 21, am legally competent, and have never been convicted of a felony or a crime involving moral turpitude. The facts stated in this Declaration are within my personal knowledge and are true and correct.

2. Today, in preparing a motion for summary judgment in this case and reviewing my prior Declaration filed on August 19, 2024, I learned that my Declaration erroneously stated that I am licensed to practice by the State Bars in Texas and Idaho. That is incorrect. I am licensed to practice by the State Bar of Texas only.

FURTHER, DECLARANT SAYETH NOT.

# JURAT

My name is Melissa Johnson, my birthdate is December 18, 1964 and my business address is 12801 N. Central Expwy., Suite 140, Dallas, Texas 75243. I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas County, Texas on this 30th day of August, 2024.

*/s/ Melissa Johnson*
Melissa Johnson