**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **PAMELA ENRIQUEZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-397-KC** |
| § | |
| **LIBERTY BANKERS LIFE** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the parties' joint Stipulation of Dismissal with Prejudice ("Stipulation"), ECF No. 26. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Proposed Order on Stipulation of Dismissal with Prejudice, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel, ECF No. 21, is **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 12th day of September, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE